IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| THOMAS H. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-079 |
| | ) | |
| ROBERTSON & PENN, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**
_____

With Defendants having filed a Motion to Compel for the raw test data of Dr. Jeremy Hertza, Psy.D. (doc. no. 21),

IT IS HEREBY ORDERED that Dr. Jeremy Hertza, Psy.D. produce his raw test data from Plaintiff's neuropsychological evaluation to Defendants within ten days.

SO ORDERED this 10th day of February, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA