IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| THOMAS H. MOORE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 116-79 |
| ROBERTSON & PENN, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The petit jury selected for trial, being sequestered during the trial and consideration of said case by direction of this Court, is to be fed its regular meal at a place for the feeding of said jury. The Clerk for the Southern District of Georgia is hereby directed, pursuant to the provisions of Title 28 U.S.C. § 1871, to disburse to said eating establishment the sum so billed for these meals.

SO ORDERED this 21st day of June, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA