IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| THOMAS H. MOORE, | ) | |
| | ) | |
| v. | ) | CV 116-079 |
| | ) | |
| ROBERTSON & PENN, INC., et al. | ) | |
| | ) | |

**ORDER**

A jury trial having been conducted the week of June 20, 2017 and there being certain items entered into evidence by Plaintiff during the course of said trial, IT IS HEREBY ORDERED that the foregoing evidence be returned to John C. Bell, Jr.

SO ORDERED this 29th day of May, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA